**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Appeal Number: 26-10573**

**District Court Docket No. 25-cv-26159-LFL**

**Valencia Estates Homeowners' Association, Inc.**
Appellant,

v.

**Liza Hazan, et al**

Appellee.

On Appeal from
United States District Court for the Southern District of Florida

District Court Docket No. **25-cv-26159-LFL**

---

**APPELLANTS LIZA HAZAN AND SEAN MEEHAN'S MOTION FOR EXTENSION OF TIME TO PAY FILING FEE**

---

March 13, 2026

Elizabeth Hazan

By: _/s / Liza Hazan
Liza Hazan a/k/a
Elizabeth Hazan 6913
Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

Sean Neil Meehan

By: _/s/ Sean Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

## CERTIFICATE OF INTERESTED PARTIES

Aresty, Joel – attorney for Liza Hazan

Fisher Island Community Association, Inc. – HOA of Appellee

Fisher Island Community Association, Inc. – HOA of Appellee Hazan, Elizabeth a/k/a

Hazan, Liza –Appellee

Selective Advisor Group, LLC formerly known as Selective Advisors Group, LLC

JPMorgan Chase Bank, National Association –Plaintiff in pending declaratory action against Appellee Liza Hazan

Langley, David W. – attorney for Appellee

Law Offices of David W. Langley – firm for Appellee

Law Office of Robert A. Gusrae, Esq. - for Creditor Fisher Island Community Association

Leon Cosgrove LLC – attorney of record for JP Morgan Chase Bank

Meehan, Sean Neil – Manager of Selective Advisors Group, LLC and Selective Advisors Group, LLC

Appellee Sean Meehan

6913 Valencia, LLC – holder of mortgage on the Fisher Island Property

Valencia Estates Homeowners' Association, Inc. – Creditor of Appellee Hazan and HOA of the Fisher Island Property

Zaron, Andrew D. – attorney of record for JP Morgan Chase Bank

Judge Reemberto Diaz

Judge Sanchez

Appellants LIZA HAZAN a/k/a ELIZABETH HAZAN, and SEAN NEIL MEEHAN further certifies that JP Morgan Chase Bank is a publicly traded company with an interest in the outcome of this case.

**LIZA HAZAN A/K/A ELIZABETH HAZAN'S MOTION FOR EXTENSION OF TIME TO PAY THE FILING FEE**

Appellants Liza Hazan a/k/a Elizabeth Hazan and Sean Neil Meehan, *Pro Se* appellants, file this Motion for extension of time to pay the filing fee due to unforeseen circumstances and financial hardship. Appellants pray this Court grant them a thirty-day extension of time to pay for the filing fee from the date of entry of the Order Granting Appellees Motion for extension of time to pay for the filing fee, grant for such other and further relief as that this court may deem just and proper

Elizabeth Hazan

By: /s/Liza Hazan
Liza Hazan a/k/a Elizabeth Hazan 6913 Valencia Drive Miami, FL 33109 *Pro se Defendant*
***Via US Mail***

Sean Neil Meehan
By: /s/ Sean Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

**CERTIFICATE OF COMPLIANCE**

I hereby certify this Petition for Rehearing complies with Fed. R. App.

P. 32(a)(7)(B) as the brief contains 101 total words using Times New Roman 14- point font.

Respectfully submitted,

Elizabeth Hazan

By:_/s/Liza Hazan
Liza Hazan a/k/a Elizabeth Hazan 6913 Valencia Drive Miami, FL 33109 *Pro se Defendant*
***Via US Mail***

Sean Neil Meehan
By:/*s*/ Sean N. Meehan
Sean Meehan
*Pro se Defendant*
***Via US Mail***

## CERTIFICATE OF SERVICE

I electronically filed the foregoing Motion for Extension of Time to Pay the Filing Fee using the Court's CM/ECF system, which will electronically serve a copy of the foregoing document on all counsel of record and was served on counsel of record by Appellant.

Respectfully submitted,

Elizabeth Hazan

By:/*s*/Liza

Hazan

Liza Hazan a/k/a Elizabeth Hazan 6913 Valencia Drive Miami, FL 33109 *Pro se Defendant*

***Via US Mail***

Sean Neil Meehan

By:_/s/ Sean N. Meehan

Sean Meehan

*Pro se Defendant*

***Via US Mail***

**SERVICE LIST**

**Via CM/ECF/EMAIL**

**Barry Seth Turner for Valencia Estates Homeowners' Association, Inc.. bt@bstpa.com, bstpalaw@gmail.com, paralegal@bstpa.com**