# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2026

Liza Hazan
6913 VALENCIA DR
MIAMI, FL 33109

Sean Neil Meehan
6913 VALENCIA DR
MIAMI, FL 33109

Appeal Number:  26-10573-C
Case Style:  Valencia Estates Homeowners' Association, Inc. v. Liza Hazan, et al
District Court Docket No:  1:25-cv-26159-LFL

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Response to Jurisdictional Question with incorporated motion to amend document [10734276-2], motion for leave to file a respond [10734276-3] filed by Appellant Sean Neil Meehan.
Reason(s) no action being taken on filing(s): No jurisdictional question has been issued by the Court in this appeal.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135        Capital Cases:                404-335-6200
CM/ECF Help Desk:    404-335-6125        Cases Set for Oral Argument:  404-335-6141

Notice No Action Taken